[No. 15022–7–I.   Division One.   March 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LAIRD
D. FITZGIBBON, *Appellant.*

Appeal from a judgment of the Superior Court for What-com County, No. 84–1–00107–3, Jack S. Kurtz, J., entered June 1, 1984. *Reversed* by unpublished per curiam opinion.

[No. 12255–0–I.   Division One.   March 4, 1985.]

*In the Matter of the Marriage of* GARY D. BOX,
*Respondent, and* DAWN A. BOX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–3–06482–9, Gordon Jones, J. Pro Tem., entered August 25, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, C.J., and Coleman, J.

[No. 12323–8–I.   Division One.   March 4, 1985.]

ALL CAR LEASING SERVICE COMPANY, *Respondent,* v.
WILLIAM F. NIEMI, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–16245–4, Lee Kraft, J., entered September 23, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Grosse, JJ.

[No. 13988–6–I.   Division One.   March 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN
CURTIS DeWITT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–01822–2, Liem E. Tuai, J., entered December 6, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Williams and Scholfield, JJ.